# <u>EXHIBIT A</u>

## <u>Proposed Order</u>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Summit Business Media Holding Company,<br><br>Debtor.<br><br>Employer Tax I.D. No. xx-xxx-5547 | Chapter 11<br><br>Case No. 11-10231 (____) |
| In re:<br><br>Summit Business Media Intermediate Holding Company, LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. xx-xxx-5392 | Chapter 11<br><br>Case No. 11-10232 (____) |
| In re:<br><br>The National Underwriter Company,<br><br>Debtor.<br><br>Employer Tax I.D. No. xx-xxx-8770 | Chapter 11<br><br>Case No. 11-10233 (____) |
| In re:<br><br>Research Holdings, Ltd.,<br><br>Debtor.<br><br>Employer Tax I.D. No. xx-xxx-5228 | Chapter 11<br><br>Case No. 11-10234 (____) |
| In re:<br><br>Futures Magazine, Inc.,<br><br>Debtor.<br><br>Employer Tax I.D. No. xx-xxx-1102 | Chapter 11<br><br>Case No. 11-10235 (____) |

| | |
|---|---|
| In re:<br>NUCO Business Information, LLC,<br>Debtor.<br>Employer Tax I.D. No. xx-xxx-7364 | Chapter 11<br>Case No. 11-10236 (____) |
| In re:<br>Agent Media Corporation,<br>Debtor.<br>Employer Tax I.D. No. xx-xxx-3991 | Chapter 11<br>Case No. 11-10237 (____) |
| In re:<br>Judy Diamond Associates, Inc.,<br>Debtor.<br>Employer Tax I.D. No. xx-xxx-0517 | Chapter 11<br>Case No. 11-10238 (____) |
| In re:<br>Mining INDABA, LLC,<br>Debtor.<br>Employer Tax I.D. No. xx-xxx-4592 | Chapter 11<br>Case No. 11-10239 (____) |

**ORDER PURSUANT TO BANKRUPTCY RULE 1015**
**AND LOCAL RULE 1015-1 AUTHORIZING JOINT ADMINISTRATION**

Upon consideration of Debtors' Motion Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1 for an Order Authorizing Joint Administration (the "Motion"),[1] this Court finds that: (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue of these Cases and the Motion are

[1] Capitalized terms used but not defined herein have the meanings given to such terms in the Motion.

proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) notice of the Motion and the hearing thereon was sufficient under the circumstances; and (v) upon the Declaration of Thomas M. Flynn in Support of Debtors' Chapter 11 Petitions and First Day Motions and the record herein, after due deliberation herein, good and sufficient cause exists for the relief requested herein. Accordingly, it is hereby,

**ORDERED, ADJUDGED, AND DECREED that**:

1. The Motion is GRANTED as set forth herein.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 11-10231 (___) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1 and the joint caption of the cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Summit Business Media Holding Company, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 11-10231 (____)<br><br>Jointly Administered |

3. All original pleadings shall be captioned as indicated in the preceding paragraph and all original docket entries shall be made in the case of Summit Business Media Holding Company, a Delaware corporation, Case No. 11-10231 (____) and a docket entry shall be made in the other Debtors' chapter 11 cases substantially as follows:

> An order has been entered in this case directing the consolidation and joint administration for procedural purposes only of the chapter 11 cases of Summit Business Media Holding Company (5547), Summit Business Media Intermediate Holding Company, LLC (5392), The National Underwriter Company (8770), Research Holdings, Ltd. (5228), Futures Magazine, Inc. (1102), NUCO Business Information, LLC (7364), Agent Media Corporation

(3991), Judy Diamond Associates, Inc. (0517), and Mining INDABA, LLC (4592) and all subsequently filed chapter 11 cases of such debtors' affiliates. The docket in the chapter 11 case of Summit Business Media Holding Company, Case No. 11-10231 (__) should be consulted for all matters affecting this case.

4. The Debtors shall be authorized and empowered to take any necessary actions to implement and effectuate the terms of this Order.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: ______________________
Wilmington, Delaware

________________________________
United States Bankruptcy Judge