# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Summit Business Media Holding Company, *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 11-10231 (PJW)<br>Jointly Administered |

## CORRECTED NOTICE OF FILING OF RESTRUCTURING SUPPORT AGREEMENT

Summit Business Media Holding Company, together with its affiliated debtors and debtors-in-possession, by and through their undersigned proposed counsel, hereby give notice of filing of the Restructing Support Agreement by and among Summit Business Media Holding Company, Summit Business Media Intermediate Holding Company, LLC, The National Underwriter Company, Research Holdings, LTD., Futures Magazine, Inc., NUCO Business Information, LLC, Agent Media Corporation, Judy Diamond Associates, Inc., Mining INDABA, LLC, the Supporting Creditors and the Additional Supporting Creditors, Dated January 24, 2011.

Dated: February 2, 2011
       Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Kimberly E. C. Lawson
    Kimberly E. C. Lawson (No. 3966)
    Kathleen Murphy (No. 5215)
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575
    E-mail: klawson@reedsmith.com

---

[1] The Debtors in these Cases are: (i) Summit Business Media Holding Company (5547); (ii) Summit Business Media Intermediate Holding Company, LLC (5392); (iii) The National Underwriter Company (8770); (iv) Research Holdings, LTD. (5228); (v) Futures Magazine, Inc. (1102); (vi) NUCO Business Information, LLC (7364); (vii) Agent Media Corporation (3991); (viii) Judy Diamond Associates, Inc. (0517); and (ix) Mining INDABA, LLC (4592). Individual case numbers are available on reasonable request.

kmurphy@reedsmith.com

- and -
J. Andrew Rahl, Jr., Esquire
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: arahl@reedsmith.com

Proposed Counsel for Summit Business Media Holding Company, *et al.*, Debtors and Debtors-in-Possession