**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE**

IN THE MATTER OF: Chapter 11

Summit Business Media Holding Compnay, *et. al.*

Joint Debtors. Case No. 11-10231-PJW

**STATEMENT THAT UNSECURED CREDITORS'
COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(  ) Debtors petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

(  ) No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( X ) Insufficient response to the United States Trustee communication/contact for service on the committee.

(  ) No unsecured creditor interest

(  ) Non-operating debtor-in-possession - - No creditor interest.

(  ) Application to convert to Chapter 7 or to dismiss pending.

(  ) Converted or dismissed.

(  ) Other:

**ROBERTA A. DeANGELIS,
UNITED STATES TRUSTEE REGION THREE**

/s/ David L. Buchbinder
Thomas Patrick Tinker
Assistant United States Trustee

DATED: February 7, 2011

Trial Attorney Assigned to Case: David L. Buchbinder
cc: Attorney for Debtor: Kimberley Lawson, Esq., Reed Smith, LLC