# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Summit Business Media Holding Company, *et al.*,[1]<br><br>     Debtors. | Chapter 11<br><br>Case No. 11-10231 (PJW)<br><br>Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MARCH 1, 2011 AT 11:00 A.M. (EASTERN)[2]

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O.)**

1.  Debtors' Motion for an Order Extending the Time to File Schedules and Statements of Financial Affairs (Docket No. 61; Filed on February 10, 2011)

    **Objection Deadline**: February 22, 2011 at 4:00 p.m.

    **Related Documents**:

    a.  Certificate of No Objection to Debtors' Motion for an Order Extending the Time to File Schedules and Statements of Financial Affairs (Docket No. 95; Filed on February 24, 2011)

    **Responses Received**: None

    **Status**: A certificate of no objection has been filed. Therefore, no hearing is necessary.

**UNCONTESTED MATTERS GOING FORWARD:**

2.  Debtors' Motion for an Order (I) Authorizing and Approving Continued Use of Existing Cash Management System, (II) Authorizing Continued Use of Existing Bank Accounts and Business Forms, (III) Authorizing Intercompany Transactions, (IV) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (V) Allowing Banks to Continue to Set-Off Against the Debtors' Bank Accounts Ordinary Administrative Fees (Docket No. 6; Filed on January 26, 2011)

    **Objection Deadline**: February 18, 2011 at NOON;
              Extended to February 24, 2011 at NOON for the UST

---

[1] The Debtors in these cases are: (i) Summit Business Media Holding Company (5547); (ii) Summit Business Media Intermediate Holding Company, LLC (5392); (iii) The National Underwriter Company (8770); (iv) Research Holdings, LTD. (5228); (v) Futures Magazine, Inc. (1102); (vi) NUCO Business Information, LLC (7364); (vii) Agent Media Corporation (3991); (viii) (0517); and (ix) Mining INDABA, LLC (4592). Individual case numbers are available on reasonable request.

[2] The hearing will be held before the Honorable Peter J. Walsh, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

US_ACTIVE-105627570.1

**Related Documents**:

a. Order (I) Authorizing and Approving Continued Use of Existing Cash Management System, (II) Authorizing Continued Use of Existing Bank Accounts and Business Forms, (III) Authorizing Intercompany Transactions, (IV) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (V) Allowing Banks to Continue to Set-Off Against the Debtors' Bank Accounts Ordinary Administrative Fees (Docket No. 27; Filed on January 28, 2011)

b. Notice of Interim Cash Management Order and Final Cash Management Hearing (Docket No. 44; Filed on January 31, 2011)

**Responses Received**: None

**Status**: This matter is going forward.

3. Motion of Debtors for Interim and Final Orders (I) Authorizing Post-Petition Secured Financing Pursuant to Sections 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 503(b) of the Bankruptcy Code; (II) Authorizing the Debtors to Use Cash Collateral; (III) Providing Adequate Protection to the Existing First Lien Secured Parties and Existing Second Lien Lenders Pursuant to Section 362(d) of the Bankruptcy Code; and (V) Scheduling a Final Hearing (Docket No. 11; Filed on January 26, 2011)

    **Objection Deadline**: February 24, 2011 at 4:00 p.m.

    **Related Documents**:

    a. Interim Order (I) Authorizing Post-Petition Secured Financing Pursuant to Sections 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 503(b) of the Bankruptcy Code; (II) Authorizing the Debtors to Use Cash Collateral; (III) Providing Adequate Protection to the Existing First Lien Secured Parties and Existing Second Lien Lenders Pursuant to Section 362(d) of the Bankruptcy Code; and (V) Scheduling a Final Hearing (Docket No. 32; Filed on January 28, 2011)

    b. Notice of Interim DIP Financing Order and Final DIP Hearing (Docket No. 43; Filed on January 31, 2011)

    c. Notice of Proposed Final Order (I) Authorizing Post-Petition Secured Financing Pursuant to Sections 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 503(b) of the Bankruptcy Code; (II) Authorizing the Debtors to Use Cash Collateral; (III) Providing Adequate Protection to the Existing First Lien Secured Parties and Existing Second Lien Lenders Pursuant to Section 362(d) of the Bankruptcy Code (Docket No. 93; Filed on February 23, 2011)

    **Responses Received**:

    d. Informal comments from the Office of the United States Trustee.

    **Status**: The Debtors have resolved the informal comments of the Office of the United States Trustee and will present a revised order at the hearing.

4.  Debtors' Motion for Interim and Final Orders (I) Finding Utilities Adequately Assured of Payment and (II) Establishing Further Procedures (Docket No. 15; Filed on January 26, 2011)

    **Objection Deadline**: February 24, 2011 at 4:00 p.m.

    **Related Documents**:

    a.  Interim Order (I) Finding Utilities Adequately Assured of Payment and (II) Establishing Further Procedures (Docket No. 35; Filed on January 28, 2011)

    b.  Notice of Interim Adequate Assurance Order and Final Adequate Assurance Hearing (Docket No. 45; Filed on January 31, 2011)

    **Responses Received**:

    c.  Informal comments from Duke Energy Corporation.

    **Status**: The Debtors have resolved the informal comments of Duke Energy Corporation and will present a revised order at the hearing.

5.  Debtors' Application for an Order Authorizing the Employment and Retention of Lincoln Partners Advisors LLC as Financial Advisor for the Debtors *Nunc Pro Tunc* to the Petition Date (Docket No. 54; Filed on February 4, 2011)

    **Objection Deadline**: February 22, 2011 at 4:00 p.m.

    **Related Documents**:  None

    **Responses Received**:

    a.  Informal comments from the Office of the United States Trustee.

    **Status**: The Debtors have resolved the informal comments of the Office of the United States Trustee and will present a revised order at the hearing.

6.  Motion of Debtors and Debtors-in-Possession for an Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof (Docket No. 59; Filed on February 9, 2011)

    **Objection Deadline**: February 22, 2011 at 4:00 p.m.

    **Related Documents**:  None

    **Responses Received**:

    a.  Informal comments from the Office of the United States Trustee.

    **Status**: The Debtors have resolved the informal comments of the Office of the United States Trustee and will present a revised order at the hearing.

US_ACTIVE-105627570.1

7. Debtors' Motion for an Order Authorizing the Debtors to Employ and Compensate Professionals Utilized by the Debtors in the Ordinary Course of Business *Nunc Pro Nunc* to the Petition Date (Docket No. 60; Filed on February 10, 2011)

   **Objection Deadline**: February 22, 2011 at 4:00 p.m.

   **Related Documents**: None

   **Responses Received**:

   a. Informal comments from the Office of the United States Trustee.

   **Status**: The Debtors have resolved the informal comments of the Office of the United States Trustee and will present a revised order at the hearing.

| | |
|---|---|
| Dated: February 25, 2011<br>Wilmington, Delaware | Respectfully submitted,<br>REED SMITH LLP |
| | By: /s/ Kimberly E. C. Lawson<br>Kimberly E.C. Lawson (No. 3699)<br>Kathleen Murphy (No. 5215)<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br>E-mail: klawson@reedsmith.com<br>        kmurphy@reedsmith.com<br>- and -<br><br>J. Andrew Rahl, Jr., Esquire<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 521-5400<br>Facsimile: (212) 521-5450<br>E-mail: arahl@reedsmith.com<br><br>Proposed Counsel for Summit Business Media Holding Company, *et al.*, Debtors and Debtors-in-Possession |