# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|                      |                                         |          |    |
|---------------------:|-----------------------------------------|---------:|----|
|              Debtor: | Summit Business Media Holding Company   |          |    |
|         Case Number: | 11-10231-PJW                            | Chapter: | 11 |
|      Date / Time / Room: | TUESDAY, MARCH 01, 2011 11:00 AM   CRT#2, 6TH FL. | | |
|    Bankruptcy Judge: | PETER J. WALSH                          |          |    |
|     Courtroom Clerk: | LORA JOHNSON                            |          |    |
|       Reporter / ECR: | MICHAEL MILLER                         |          |    |

## Matter:

Omnibus

**R / M #:** 97 / 0

## Appearances:

See attached Court sign-in sheet

## Proceedings:

Hearing Held.
Agenda Items:
#1 - CNO filed and order signed
#2 - Interim Order signed on 1/28/11 becomes a Final order
#3 - Final Order signed
#4 - Final Order signed
#5 - Order signed
#6 - Order signed
#7 - Order signed