# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Summit Business Media Holding Company, *et al.*,[1] | Case No. 11-10231 (PJW) |
| Debtors. | Jointly Administered |

## NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 28, 2011 AT 3:00[2] P.M. (EASTERN)[3]

## UNCONTESTED MATTERS GOING FORWARD:

1. Motion of Debtors and Debtors-in-Possession for an Order: (I) Approving Their Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Their Joint Plan of Reorganization, Including: (A) Approving the Form and Manner of Distribution of Solicitation Packages, (B) Approving the Form and Manner of Notice of the Confirmation Hearing, (C) Establishing a Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing the Deadline for Receipt of Ballots, and (F) Approving the Procedures for Vote Tabulations; (III) Establishing the Deadline and Procedures for Filing Objections to: (A) Confirmation of the Plan and (B) Proposed Cure Amounts Related to Contracts and Leases Assumed Under the Plan; and (IV) Granting Related Relief (Docket No. 69; Filed on February 16, 2011)

    **Objection Deadline**: March 21, 2011 at 4:00 p.m.
    (Extended to March 23, 2011 at 4:00 p.m. for Office of the United States Trustee)

    **Related Documents**:

    a. Joint Chapter 11 Plan of Reorganization Dated as of February 1, 2011 (Docket No. 47; Filed on February 1, 2011)

    b. Disclosure Statement in Support of Joint Plan of Reorganization of Summit Business Media Holding Company and its Affiliated Debtors Under Chapter 11 of the United States Bankruptcy Code (Docket No. 68; Filed on February 16, 2011)

---

[1] The Debtors in these cases are: (i) Summit Business Media Holding Company (5547); (ii) Summit Business Media Intermediate Holding Company, LLC (5392); (iii) The National Underwriter Company (8770); (iv) Research Holdings, LTD. (5228); (v) Futures Magazine, Inc. (1102); (vi) NUCO Business Information, LLC (7364); (vii) Agent Media Corporation (3991); (viii) (0517); and (ix) Mining INDABA, LLC (4592). Individual case numbers are available on reasonable request.

[2] **The agenda reflected a hearing time of 3:30 p.m. which was incorrect.**

[3] The hearing will be held before the Honorable Peter J. Walsh, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

c.  Notice of Hearing to Consider Approval of the Disclosure Statement in Support of Joint Plan of Reorganization of Summit Business Media Holding Company and its Affiliated Debtors Under Chapter 11 of the United States Bankruptcy Code (Docket No. 70; Filed on February 16, 2011)

d.  First Amended Joint Plan of Reorganization of Summit Business Media Holding Company and its Affiliated Debtors Under Chapter 11 of the United States Bankruptcy Code (Docket No. 141; Filed on March 23, 2011)

e.  REDLINE - First Amended Joint Plan of Reorganization of Summit Business Media Holding Company and its Affiliated Debtors Under Chapter 11 of the United States Bankruptcy Code (Docket No. 142; Filed on March 23, 2011)

f.  First Amended Disclosure Statement in Support of First Amended Joint Plan of Reorganization of Summit Business Media Holding Company and its Affiliated Debtors Under Chapter 11 of the United States Bankruptcy Code (Docket No. 143; Filed on March 23, 2011)

g.  REDLINE - First Amended Disclosure Statement in Support of First Amended Joint Plan of Reorganization of Summit Business Media Holding Company and its Affiliated Debtors Under Chapter 11 of the United States Bankruptcy Code (Docket No. 144; Filed on March 23, 2011)

**Responses Received**:

h.  Informal comments from the Office of the United States Trustee.

**Status**:  This matter is going forward.

Dated: March 24, 2011
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Kimberly E. C. Lawson
Kimberly E.C. Lawson (No. 3699)
Kathleen Murphy (No. 5215)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: klawson@reedsmith.com
kmurphy@reedsmith.com

- and -

        J. Andrew Rahl, Jr., Esquire
        599 Lexington Avenue
        New York, NY 10022
        Telephone: (212) 521-5400
        Facsimile: (212) 521-5450
        E-mail: arahl@reedsmith.com

        Proposed Counsel for Summit Business Media Holding Company, *et al.*, Debtors and Debtors-in-Possession